1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAQUELIN SEVASTIANA ORDONEZ,<br><br>            Plaintiff,<br><br>   v.<br><br>WARREN A. STANLEY, CHARLES SAMPSON, SGT. A. BRAAKSMA (#16551), SGT. S. POOL (#14242), OFFICER E. BAILEY (#22360) and Does 1 through 10, all sued in their individual capacities,<br><br>            Defendants. | Case No. 2:20-cv-02779 CBM (PJWx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:          June 23, 2020<br>Time:         10:00 a.m.<br>Courtroom:  8B<br><br>Judge:        Hon. Consuelo B. Marshall<br><br>Trial Date:   Not set<br>Action Filed: March 25, 2020 |

1

1  Defendants' Motion to Plaintiff's Complaint came on for hearing before this
2  Court on June 23, 2020.  All parties appeared.  Based on the submitted record,
3  argument of the parties and counsel, and good cause appearing therefor, the Court
4  rules as follows: Defendants' Motion to Dismiss Plaintiff's Complaint pursuant to
5  Fed. R. Civ. Proc. 12(b)(6) is GRANTED, and Plaintiff's Complaint is dismissed
6  with prejudice and without leave to amend.
7  IT IS SO ORDERED.
8
9  Dated: _____          _____
10                                                                     Hon. Consuelo B. Marshall
11  LA2020300218
    Proposed Order.docx
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28