# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LACV 20-02779-CBM (PJWx) | Date | July 17, 2020 |

| | |
|---|---|
| Title | Yaquelin Sevastiana Ordonez v. Warren A. Stanley, et al. |

Present: The Honorable   CONSUELO B. MARSHALL, SENIOR UNITED STATES DISTRICT JUDGE

| Daisy Rojas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:   IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, the Defendant's Motion to Dismiss Plaintiff's Complaint [11], currently scheduled for July 21, 2020, is hereby ordered continued to *Aug. 4, 2020 at 10:00 a.m.*

**IT IS SO ORDERED.**

cc: all parties