UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAQUELIN SEVASTIANA ORDONEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARREN A. STANLEY, CHARLES SAMPSON, SGT. A. BRAAKSMA (#16551), SGT. S. POOL (#14242), OFFICER E. BAILEY (#22360) and Does 1 through 10, all sued in their individual capacities,<br><br>　　　　　Defendants. | Case No. 2:20-cv-2779 CBM (GJSx)<br><br>DISCOVERY MATTER<br><br>**PROTECTIVE ORDER COVERING ADDITIONAL DISCLOSED ITEM** |

　　　Based upon the Stipulation of Plaintiff and non-party California Highway Patrol (ECF doc. 36) and good cause appearing therefore, this Court hereby orders that the additional documents and data listed below and disclosed by this non-party, shall be covered by this Court's Protective Order, ECF doc. 33 (filed January 13, 2021):

● Civilians' Complaint Investigation No. 590-19-005.

**IT IS SO ORDERED.**

DATED: February 1, 2021

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

1