**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YAQUELIN SEVASTIANA ORDONEZ,<br><br>Plaintiff,<br><br>v.<br><br>WARREN A. STANLEY, CHARLES SAMPSON, SGT. A. BRAAKSMA (#16551), SGT. S. POOL (#14242), OFFICER E. BAILEY (#22360) and Does 1 through 10, all sued in their individual capacities,<br><br>Defendants. | Case No. 2:20-cv-2779 CBM (GJSx)<br><br>**PROTECTIVE ORDER RE: CLETS INFORMATION**<br><br>[DISCOVERY MATTER] |

Upon the stipulation filed by Plaintiff and non-party California Highway Patrol (CHP) and good cause appearing therefor, the CHP shall produce the items sought by plaintiff in discovery which include CLETS information and documents, except that the production shall be subject to a protective order under the following terms:

1. To the extent items pertain to an individual who is NOT the Plaintiff, the items may only be disclosed to the Court hearing this matter, the parties' attorneys, investigators and/or consultants or experts, and representatives, in this lawsuit. The items, however, shall not be disclosed to Plaintiff (unless the item(s) pertain(s) to Plaintiff and not another individual);

1

2. If any party wishes to disclose the subpoenaed items, or any portion thereof to any person other than those listed in Paragraph 1, that party shall give written notice by mail and email to counsel for the CHP so that the CHP can make a motion to prevent the disclosure. The notice shall inform the CHP to whom disclosure is requested and the purpose thereof. The party wishing to disclose the information will not do so unless and until agreement with the CHP is reached, or the CHP's motion is ruled on by the court. If, however, the CHP, does not bring the issue to the attention of the Court within two weeks of the notice, the party wishing to disclose the information may deem the issue to have been abandoned.

3. This Order makes no finding of the relevancy, if any, of the CLETS material to the proof of claims and/or defenses asserted by any party in this case.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED:   March 15, 2021

_____
**GAIL J. STANDISH**
United States Magistrate Judge