# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-02779-CBM-GJS | Date | March 22, 2021 |
| Title | Ordonez v. Stanley, et al | | |

| Present: The Honorable | GAIL J. STANDISH, U.S. MAGISTRATE JUDGE |
|---|---|

| E. Carson | AT&T |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Donald Webster Cook | Donna M Dean |

**Proceedings:**   Pre-Discovery Motion Telephone Conference re
1. December 31, 2020 – Defendant's request for a protective order preventing Plaintiff from deposing former CHP Commissioner Warren A. Stanley
2. The Parties' March 10, 2021 email detailing a dispute regarding Plaintiff's interrogatories nos. 13 & 14
3. Order

The case is called and appearances are stated for the record.

The Court confers with counsel regarding the December 31, 2020, email. For the reasons recited on the record, the Court grants Defendant's request for a protective order at this time but does so without prejudice to Plaintiff seeking a deposition of Mr. Stanley at a later time.

With respect to the dispute outlined in the March 10, 2021 email – concerning service of trial subpoenas on the individual defendants – the Court discusses practical service issues with the parties. Plaintiff will serve trial subpoenas on the Defendants at their place of business or, if an individual defendant agrees, through counsel. If Plaintiff has any difficulty with service,

|   | : | 22 |
|---|---|---|
|   | Initials of Preparer | efc |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-02779-CBM-GJS | Date | March 22, 2021 |
|---|---|---|---|
| Title | Ordonez v. Stanley, et al | | |

Plaintiff is to confer with Counsel and inform the Court, which will then reconsider ordering Defendants to disclose their home addresses to Plaintiff's counsel pursuant to the protective order so that Plaintiff can effect personal service. The Court noted on the record that it expects the parties to cooperate on this issue.

**IT IS SO ORDERED.**

|  | : | 22 |
|---|---|---|
| Initials of Preparer | | efc |