UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-2779-CBM(PJWx) | Date | APRIL 16, 2021 |

| | |
|---|---|
| Title | Yaquelin Sevastiana Ordonez v. Warren A. Stanley et al., |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that the above matter is set on the Court's calendar for a Telephonic hearing re Plaintiff's motion for leave to file first amended complaint [44] on **April 20, 2021 at 10:00 a.m.**

Counsel should use a land line and handset from a quiet location, no speaker phone. Wait on the line until your case is called, while you are waiting, please mute your phone as the Court can hear all the noise in the background. The call in number will be given to the parties one day before the hearing.

Counsel and the parties are reminded that there is a general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or video conference) and any recording of a court proceeding held by video or teleconference, including "screen-shots" or other visual copying of a hearing, is **absolutely prohibited.**

IT IS SO ORDERED.

cc: all parties