| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YAQUELIN SEVASTIANA ORDONEZ, | | Case No. 2:20-cv-02779 CBM (PJWx) |
| | Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | | |
| WARREN A. STANLEY, CHARLES SAMPSON, SGT. A. BRAAKSMA (#16551), SGT. S. POOL (#14242), OFFICER E. BAILEY (#22360) and Does 1 through 10, all sued in their individual capacities, | | Date: August 31, 2021<br>Time: 10:00 a.m.<br>Courtroom: 8B |
| | | Judge: Hon. Consuelo B. Marshall |
| | Defendants. | Trial Date: January 18, 2022<br>Action Filed: March 25, 2020 |

1

1 | The Motion to Dismiss Plaintiff's First Amended Complaint filed by
2 | Defendants Paul Congi, Patricia Arvizu, Ruben Leal, Dennis Davidson, Kevin
3 | Davis, and Chris Lane came on for hearing before this Court on August 31, 2021.
4 | All parties appeared.  Based on the submitted record, argument of the parties and
5 | counsel, and good cause appearing therefor, the Court rules as follows: Defendants'
6 | Motion is GRANTED, and Plaintiff's First Amended Complaint is dismissed with
7 | prejudice and without leave to amend as against Defendants Paul Congi, Patricia
8 | Arvizu, Ruben Leal, Dennis Davidson, Kevin Davis, and Chris Lane.
9 |     IT IS SO ORDERED.

Dated:  _____       _____
                                                                Hon. Consuelo B. Marshall

LA2020300218
Ordonez-PO.docx