1  **DONALD W. COOK**, CSB 116666
   ATTORNEY AT LAW
2  3435 Wilshire Blvd., Suite 2910
   Los Angeles, CA 90010
3  (213) 252-9444; (213) 252-0091 facsimile
   E-mail: manncooklaw@gmail.com
4
   Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAQUELIN SEVASTIANA ORDONEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WARREN A. STANLEY, CHARLES SAMPSON, SGT. A. BRAAKSMA (#16551), SGT. S. POOL (#14242), OFFICER E. BAILEY (#22360) and Does 1 through 10, all sued in their individual capacities<br><br>Defendants. | Case No. 2:20-cv-2779 CBM (GJS)<br><br>**STIPULATION FOR CONTINUANCE OF UPCOMING DEADLINES AND DATES**<br><br>PTC: 11/9/2021<br>2:30 p.m.<br><br>Trial: 1/18/2022<br>10:00 a.m. |

TO THE HON. CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE:

WHEREAS by Order filed January 22, 2021 (doc. 35) the Court set the following deadlines and dates:

Discovery Cutoff: July 30, 2021;

Settlement Conference Completion: August 15, 2021;

Motion Cutoff (date for hearing): October 5, 2021;

Pretrial Conference: November 9, 2021;

Trial: January 18, 2022;

-1-

WHEREAS the Court granted Plaintiffs' Motion to Amend the Complaint (naming several additional defendants) on April 20, 2021;

WHEREAS upon every new defendant having been served with the Summons and First Amended Complaint, on July 14, 2021, these defendants filed a Motion to Dismiss set for hearing on August 30, 2021;

WHEREAS on July 12, 2021, counsel had a "pre-mediation" conference with Mediator Jeb Brown and informed him of the forthcoming Motion to Dismiss; upon being so informed the mediator and parties agreed that the mediation scheduled for August 9, 2021, should be continued;

WHEREAS the parties have been engaging in extensive discovery including depositions of Plaintiff and her witnesses having been completed in June and July, and having the depositions of the originally-named defendants currently scheduled to take place in July and, assuming the Court grants permission, August (because of COVID and the reassignment of some defendants to Northern California, their depositions could not be completed in July);

WHEREAS the Court will not rule on the newly-named defendants' Motion to Dismiss until sometime on or after the August 30 hearing date and consequently, depending on how the Court rules the parties expect additional discovery and depositions;

WHEREAS after discovery is complete both sides intend to file motions for summary judgment/adjudication;

WHEREAS the parties and mediator are in agreement that to be fruitful the mediation should occur *after* the parties to have the benefit of the Court's rulings on the cross motions for summary judgment/adjudication;

WHEREAS because of the COVID-19 pandemic and given that the United States District Court for the Central District just re-opened the courthouse for normal operations

00145983.WPD

on June 15, 2021, after having suspended civil trials for over a year, the parties assume this matter may not be tried in January;

NOW, THEREFORE, the parties agree there is good cause for amending the Court's January 22, 2021 Order; hence, the parties seek a continuance of dates of approximately four to five months, with the mediation completion set for a date *after* the parties' respective Rule 56 motions are heard. The proposed dates are as follows:

Discovery Cutoff: Continue from July 30, 2021, to November 30, 2021, for the limited purpose of completing the depositions of defendants Charles Sampson and Steve Pool. (This agreed-upon extension is without prejudice to an application by Plaintiff to seek a discovery cutoff extension for conducting discovery as against other defendants);

Motion Cutoff (date for hearing) from October 5, 2021, to February 8, 2022;

Settlement Conference Completion Deadline: from August 15, 2021, to March 8, 2022;

Pretrial Conference: from November 9, 2021, to April 5, 2022; and

Trial: from January 18, 2022, to May 10, 2022.

[Signature of counsel on following page]

///
///
///
///
///
///
///
///

00145983.WPD

DATED: July 16, 2021

                **DONALD W. COOK**
                Attorney for Plaintiff

By _____
       Donald W. Cook

DATED: July 16, 2021

    **ROB BONTA**, Attorney General of California
**MARK T. CUMBA**, Supervising Deputy Attorney General
      **DONNA M. DEAN**, Deputy Attorney General
           Attorneys for Defendants

            s/ Donna M. Dean

By _____
      Donna M. Dean
   Deputy Attorney General