**DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA  90010
(213) 252-9444; (213) 252-0091 facsimile
E-mail: manncooklaw@gmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAQUELIN SEVASTIANA ORDONEZ, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WARREN A. STANLEY, CHARLES SAMPSON, SGT. A. BRAAKSMA (#16551), SGT. S. POOL (#14242), OFFICER E. BAILEY (#22360) and Does 1 through 10, all sued in their individual capacities<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-2779 CBM (GJS)<br><br>**ORDER CONTINUING UPCOMING DEADLINES AND DATES** |

-1-

00145984.WPD

Upon the parties' stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that the Court's January 22, 2021 Order (ECF 35) is amended and the following new dates are set:

| | |
|---|---|
| Discovery Cutoff[1]: | November 30, 2021 |
| Motion Cutoff (date for hearing): | February 8, 2022 |
| Settlement Conference Completion: | March 8, 2022 |
| Pretrial Conference: | April 5, 2022 |
| Trial: | May 10, 2022 |

DATED:

_____
**HON. CONSUELO B. MARSHALL**
United States District Judge

---

[1] This extension is for the limited purpose of completing the depositions of defendants Charles Sampson and Steve Pool. The extension is without prejudice to an application by Plaintiff to seek a discovery cutoff extension for conducting discovery as against other defendants.