# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAQUELIN SEVASTIANA ORDONEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WARREN A. STANLEY, CHARLES SAMPSON, SGT. A. BRAAKSMA (#16551), SGT. S. POOL (#14242), OFFICER E. BAILEY (#22360) and Does 1 through 10, all sued in their individual capacities,<br><br>Defendants. | Case No. 2:20-cv-2779 CBM (GJSx)<br><br>**ORDER CONTINUING UPCOMING DEADLINES AND DATES [60]** |

///

///

///

///

///

///

///

///

DONALD W. COOK.
Attorney at Law
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA 90010
((213) 252-9444

Order Continuing Upcoming Deadlines and Dates
Case No. 5:20-cv-2779 CMB (GJSx)

1

00146018.DOCX

Upon the parties' stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that the Court's January 22, 2021 Order (ECF 35) is amended and the following new dates are set:

| | |
|---|---|
| Discovery Cutoff[1]: | November 30, 2021 |
| Motion Cutoff (date for hearing): | February 8, 2022 |
| Settlement Conference Completion: | March 8, 2022 |
| Pretrial Conference: | April 5, 2022 at 2:30 p.m. |
| Trial: | May 10, 2022 at 10:00 a.m. |

DATED: JULY 20, 2021

_____
**HON. CONSUELO B. MARSHALL**
United States District Judge

---

[1] This extension is for the limited purpose of completing the depositions of defendants Charles Sampson and Steve Pool. The extension is without prejudice to an application by Plaintiff to seek a discovery cutoff extension for conducting discovery as against other defendants.

DONALD W. COOK.
Attorney at Law
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA 90010
((213) 252-9444

Order Continuing Upcoming Deadlines and Dates
Case No. 5:20-cv-2779 CMB (GJSx)

2

00146018.DOCX