UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 20-2779-CBM(PJWx)** | Date | AUGUST 27, 2021 |
| Title | Yaquelin Sevastiana Ordonez v. Warren A. Stanley et al | | |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, the defendant's motion to dismiss [59], currently scheduled for August 31, 2021, is hereby ordered continued to ***September 14, 2021 at 10:00 a.m.***

Counsel for the parties are ordered to appear.

IT IS SO ORDERED.

cc: all parties