1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

**YAQUELIN SEVASTIANA**              Case No. 2:20-cv-02779 CBM (GJSx)
12   **ORDONEZ,**
                                     **JUDGMENT IN FAVOR OF**
13                        Plaintiff,  **DEFENDANT OFFICER E.**
                                     **BAILEY    [153]**
14        **v.**

15
     **WARREN A. STANLEY, CHARLES**
16   **SAMPSON, SGT. A. BRAAKSMA**
     **(#16551), SGT. S. POOL (#14242),**
17   **OFFICER E. BAILEY (#22360) and**
     **Does 1 through 10, all sued in their**
18   **individual capacities,**

19                       Defendants.

20

21

22

23

24

25

26

27

28

                              1

1      For the reasons set forth in the Court's separate Order re: Defendants'

2   Motion for Summary Judgment, Or in the Alternative, Partial Summary Judgment

3   [125] and Plaintiff's Motion for Partial Summary Judgment [126] (Dkt. 152), it is

4   ORDERED AND ADJUDGED that Plaintiff Yaquelin Sevastiana Ordonez shall

5   take nothing on her claims against Defendant Emily Bailey, now known as Emily

6   Chevalier.  Plaintiff's claims against Defendant Emily Bailey are DISMISSED with

7   prejudice. This is a Final Judgment.

8

9   Dated:  JUNE 27, 2023

               _____

10                  Hon. Consuelo B. Marshall
                United States District Judge

11  LA2020300218
 66012431.docx

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28