UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

**JS-6**

| Case No. | CV 20-2779-CBM(GJSx) | Date | NOVEMBER 7, 2023 |
|---|---|---|---|
| Title | Yaquelin Sevastiana Ordonez v. Warren A. Stanley et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, and pursuant to the stipulation to dismiss [167] this case, this case is hereby ordered dismissed with prejudice.

IT IS SO ORDERED.

cc: all parties